Anthony Boskovich, No. 121198
policemisconduct@compuserve.com
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff KESNER JUNIOR LIBERAL

**IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KESNER JUNIOR LIBERAL,<br>　　　　　　　　　　*Plaintiff*,<br>v.<br>OFFICER ESTRADA, individually and in his capacity as a Menlo Park police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Menlo Park police officers, the identity and exact number of whom are unknown to plaintiff; CITY OF MENLO PARK; DOES 1 through 25,<br>　　　　　　　　　　*Defendants*. | No. C 07-0024 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT STATEMENT** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

　　　　1. To continue the Case Management Conference to August 22 or 23, 2007 at a time to be determined by the court.

1  This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel.
2  Due to an unexpected family emergency of the court-appointed mediator, Steven Saltiel, the
3  mediation in this matter was only able to be scheduled today to occur on 15 August 2007, that
4  mediation be set today.  It is the parties' preference that mediation be attempted prior to setting a
5  schedule in this matter, and the parties are optimistic that the matter will resolve at mediation.

8  Dated:                                                    **LAW OFFICES OF ANTHONY BOSKOVICH**

10                                                             By:_____
                                                                    ANTHONY BOSKOVICH,
                                                                    Attorney for Kesner Junior Liberal

12  Dated:                                                    **OFFICE OF THE COUNTY COUNSEL**

14                                                             By:_____
                                                                    JOHN FLEGEL,
                                                                    Attorney for City of Menlo Park and Officer
                                                                    Eduardo R. Estrada

17  IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for _July 26, 2007 shall be CONTINUED to **September 19, 2007, at 3:15 p.m.**.  The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

22  Dated: 7/26/07                                          _____
                                                                    The Honorable Saundra B. Armstrong
                                                                    Judge of the United States District court