WILLIAM L. McCLURE (83743)
JOHN L. FLEGEL (57010)
DAN K. SIEGEL (160626)
JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone: (650) 324-9300
Facsimile: (650) 324-0227

Attorneys for CITY OF MENLO PARK
and OFFICER EDUARDO R. ESTRADA

**FILED**

JUL 30 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| KESNER JUNIOR LIBERAL,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER ESTRADA, individually and in his capacity as a Menlo Park police officer; JOHN DOE and RICHARD ROE, individually and in their capacities as Menlo Park police officers, the identity and exact number of whom are unknown to plaintiff; CITY OF MENLO PARK; DOES 1 through 25,<br><br>Defendants. | CASE NO. C-07-0024 SBA<br><br>[PROPOSED] ORDER EXCUSING OFFICER ESTRADA FROM ATTENDANCE AT THE SCHEDULED MEDIATION SET FOR AUGUST 15, 2007 |

Defendants, OFFICER EDUARDO R. ESTRADA and the CITY OF MENLO PARK respectfully request, pursuant to ADR L.R. 6-9(d), that Officer Estrada be excused from attendance at the scheduled mediation set for August 15, 2007, before Steven Saltiel.

The Court, having read and considered the request and good cause being shown, hereby grants the request of defendants to excuse Officer Estrada from attendance at the schedule mediation set for August 15, 2007.

/ / /

/ / /

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

ORDER EXCUSING ESTRADA
FROM AUG1507 MEDIATION          1          N:\DATA\Clients\B\BayCities\Liberal\Plgs\Order-EstE-1.Od.wpd

THEREFORE, IT IS HEREBY ORDERED:

The Court hereby excuses Officer Estrada from attending *in person* the mediation set for August 15, 2007, *but he must be available by phone.* (WDB)

Dated: 7/30/07

Honorable Wayne D. Brazil
United States District Judge

JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
ATTORNEYS AT LAW
MENLO PARK, CALIFORNIA
(650) 324-9300

ORDER EXCUSING ESTRADA
FROM AUG1507 MEDIATION        2        N:\DATA\Clients\B\BayCities\Liberal\Plgs\Order-EstE-1.Od.wpd