UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESNER JUNIOR LIBERAL, ) ) <br> Plaintiff(s), ) ) <br> v. ) ) <br> EDUARDO R. ESTRADA, et al., ) ) <br> Defendant(s). ) ) | No. C07-0024 SBA (BZ) <br><br> **ORDER RE OVERDUE PAPERS** |

TO: Plaintiff and his attorney of record:

On December 11, 2007, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for September 16, 2008. Your statement was due September 9, 2008. It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the close of business tomorrow, plaintiff and his attorney of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: Sept. 10, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\estrade late papers.wpd

1