UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KESNER JUNIOR LIBERAL,<br><br>    Plaintiff(s),<br><br>    v.<br><br>EDUARDO R. ESTRADA, et al.,<br><br>    Defendant(s). | No. C07-0024 SBA (BZ)<br><br>**ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE** |

    Before the court is the request of seven individual officer defendants to be excused from attending the settlement conference on the grounds that, pursuant to Government Code § 825, they do not control the settlement. Plaintiff has objected on the grounds that their presence is necessary, relying on plaintiff's counsel's experience as a settlement judge. Plaintiff offers no other explanation for the necessity of their presence. Plaintiff did not timely file a settlement conference statement. Based on the information contained in defendants' statement, it is difficult to understand why the presence of any officer other than Estrada and Keegan is needed to assist in the settlement conference.

1

1 | Accordingly, **IT IS ORDERED** that officers Wheaton, Tassio, Prickett, Romero and Ayres are excused from attending.

Dated: September 11, 2008

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\ESTRADA EXCUSE DEFS.ORD.wpd

2