**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

KESNER JUNIOR LIBERAL,

        Plaintiff,

 v.

EDUARDO R. ESTRADA, individually and in his capacity as a Menlo Park police officer, *et al.*,

        Defendants.

No. C 07-00024 SBA

**ORDER**

[Docket No. 31]

The Court hereby notifies the parties of the following changes in pre-trial deadlines set in the Court's Order for Pretrial Preparation [Docket No. 31]:

(1) The pre-trial conference set for October 21, 2008 at 1:00 p.m. is continued to October 28, 2008 at 1:00 p.m.;

(2) The deadline to file pre-trial preparation set for September 30, 2008 is continued to October 7, 2008;

(3) The deadline to file motions in limine and objections to evidence set for October 7, 2008 is continued to October 14, 2008; and

(4) The deadline to file responses to motions in limine or objections to evidence set for October 14, 2008 is continued to October 21, 2008.

All other pre-trial and trial dates shall remain the same.

IT IS SO ORDERED.

September 24, 2008

                                        _____
                                        Saundra Brown Armstrong
                                        United States District Judge