**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KESNER JUNIOR LIBERAL, | No. C 07-00024 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| EDUARDO R. ESTRADA, individually and in his capacity as a Menlo Park police officer, *et al.*, | |
| Defendants. | |

The Court ORDERS plaintiff, the individual defendants, and the City of Menlo Park shall all have present at the October 28, 2008 pre-trial conference the persons or persons **with full authority to settle this matter on their behalf**.

IT IS SO ORDERED.

October 20, 2008

_____
Saundra Brown Armstrong
United States District Judge