UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KESNER JUNIOR LIBERAL,<br><br>  Plaintiff,<br><br>  vs.<br><br>EDUARDO R. ESTRADA, individually and in his capacity as a Menlo Park police officer, et al.,<br><br>  Defendants. | Case No: C 07-0024 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

On October 28, 2008, the Court stayed the instant action pending the individual defendants' appeal of the Court's denial of their summary judgment motion. Dkt. 86. On January 19, 2011, the Ninth Circuit affirmed the Court's ruling and remanded the action for further proceedings.  Liberal v. Estrada, -- F.3d. -- 2011 WL 149348, at *17 (9th Cir. Jan. 19, 2011). The Ninth Circuit issued its mandate on February 10, 2011. Dkt. 92. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The stay in this action is VACATED.

2. The parties shall appear for a telephonic Case Management Conference on **May 26, 2011 at 3:30 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

1
2
3
      3.    Because there is no pending trial date, defendants' previously-filed motions in limine are DENIED without prejudice. The Clerk shall terminate Docket Nos. 73, 74 and 75.

4
      IT IS SO ORDERED.

5
Dated: February 17, 2011

6
*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28