UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KESNER JUNIOR LIBERAL,<br><br>    Plaintiff,<br><br>  vs.<br><br>EDUARDO R. ESTRADA, individually and in his capacity as a Menlo Park police officer, et al.,<br><br>    Defendants. | Case No: C 07-0024 SBA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO FILE OVERSIZED BRIEF**<br><br>Dkt. 104 |

    Good cause appearing,

    IT IS HEREBY ORDERED THAT Plaintiff's request to file a sixteen (16) page opening brief is GRANTED.  Defendant is granted leave to file an opposition that does not exceed sixteen (16) pages, by no later than July 29, 2011.  Plaintiff may file a reply brief, not to exceed nine (9) pages, by no later than August 5, 2011.  Absent further order of the Court, the motion will be taken under submission without oral argument as of the date the reply is due.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  This Order terminates Docket 104.

    **IT IS SO ORDERED.**

Dated: July 18, 2011

                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge