1
2
3
4
5
6                         UNITED STATES DISTRICT COURT
7                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                                   OAKLAND DIVISION
9

KESNER JUNIOR LIBERAL,

       Plaintiff,

vs.

EDUARDO R. ESTRADA, individually and in his capacity as a Menlo Park police officer, et al.,

       Defendants.

Case No:  C 07-0024 SBA

**ORDER CONTINUING PRETRIAL CONFERENCE**

IT IS HEREBY ORDERED THAT the pretrial conference scheduled for September 8, 2011 is CONTINUED to **September 13, 2011 at 1:00 p.m.**  Unless excused, the parties *and* their counsel must appear at the pretrial conference.

IT IS SO ORDERED.

Dated:  September 6, 2011

                                           *Saundra B Armstrong*
                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge