```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


KESNER JUNIOR LIBERAL,          )      No. C07-00024 SBA
              Plaintiff,        )
                                )      ORDER DISMISSING ACTION
     vs.                        )
                                )
OFFICER ESTRADA,                )
                                )
              Defendant.        )
                                )
_____)
```

      The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

      IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.

      IT IS SO ORDERED.

DATED: 9/14/11

                                          _____
                                          SAUNDRA BROWN ARMSTRONG
                                          United States District Judge