# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# AMENDED CIVIL MINUTE ORDER

**CASE NO.  C07-0024 SBA (JSC)**

**CASE NAME:** Kesner Junior Liberal v Eduardo Estrada, et al.

**MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**

**COURTROOM DEPUTY**: Ada Means

**DATE**: September 13, 2011          **TIME:** 2.50 hours          **FTR:** 6:35-6:39 (Sealed)

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Anthony Boskovich | John Flegel |
|  | Nicolas Flegel |

## PROCEEDINGS

[X]   SETTLEMENT CONFERENCE

[ ]   FURTHER SETTLEMENT CONFERENCE

[ ]   DISCOVERY CONFERENCE

[ ]   STATUS CONFERENCE RE:

[ ]   TELEPHONIC CONFERENCE RE:

[ ]    OTHER:

CASE CONTINUED TO:_____FOR_____

NOTES:

   **Case settled. Terms of settlement placed on the record and is confidential. Only the parties at the settlement conference may receive a copy of the transcript.**

cc:

*T=Telephonic Appearance